WATERFALL, ECONOMIDIS,
   CALDWELL, HANSHAW & VILLAMANA, P.C.
5210 E. Williams Circle, #800
Tucson, AZ  85711
(520) 745-7810

Barry Kirschner/SBN 005592
bkirschner@wechv.com
Amanda V. Damianakos/SBN 023035
adamianakos@wechv.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Peter W. Revere,<br>　　　　Plaintiff,<br><br>vs.<br><br>Jefferson Pilot Financial Insurance Company, n/k/a/ The Lincoln National Life Insurance Company; and Group Long Term Disability Insurance for Employees of Wilson Electric Services Corp. Plan,<br>　　　　Defendants. | NO. 09-CV-726-TUC-CKJ (JM)<br><br>**PLAINTIFF'S RESPONSE TO DEFENDANTS' NOTICE OF AGREEMENT TO A DE NOVO STANDARD OF REVIEW** |

　　　　Plaintiff Peter W. Revere ("Revere") hereby responds to Defendants' Notice of Agreement to a De Novo Standard of Review filed March 24, 2010 (document 23).

　　　　First, the word "Agreement" in the caption and Motion does **not** refer to any agreement between Plaintiff and Defendants.

　　　　Second, Revere believes Defendants misrepresent their motive to the Court as "in order to streamline the litigation."[1]

　　　　Third, the bias of an administrator and in the administrative record is relevant for purposes beyond the setting of a standard of review. *Feibusch v. Integrated Device*

---

[1] Defendants' motive is to avoid discovery. Defendants have objected to discovery sent in February 2010 without providing any substantive answers. When the process for the Motion to Compel is ripe, the Court will be in a position to assess the positions of the parties.

1   *Technology, Inc. Employee Benefit Plan*, 463 F.3d 880, 886 (9th Cir. 2006).

2   Fourth, the absence of an abuse of discretion standard leads to an independent
3   decision where the court may weigh evidence. *Firestone Tire & Rubber Co. v. Bruch*, 489
4   U.S. 101, 112-13 (1989); *Feibusch, supra* at 886.  Discovery is a part of that process.
5   *Krolnik v. Prudential Insurance Company of America*, 570 F.3d 841, 842-44 (7th Cir.
6   2009).

7   Fifth, the "agreement" announced by Defendants is opposite from the
8   position Defendants took in their Initial Disclosure Statement and the Joint Case
9   Management Plan For Scheduling Conference (document 21) filed March 8, 2010.
10  (Defendants' position at page 16, paragraph #15: "An abuse of discretion standard applies
11  where, as here, the plan confers discretionary authority on the claims administrator.")
12  Revere's positions described in the Joint Case Management Plan were established after
13  discussions with Defendants' counsel, all of which were premised on Defendants' claim
14  that they were entitled to an abuse of discretion standard.

15  **CONCLUSION**

16  The Court is not asked to take any action in response to Defendants' Notice or
17  Plaintiff's Response.  Revere's purpose in this Response is to clarify that he has not agreed
18  to perform any action or refrain from performing any action in connection with
19  Defendants' announcement of Defendants' changed position.

20  RESPECTFULLY SUBMITTED April 7, 2010.

21  WATERFALL, ECONOMIDIS, CALDWELL,
    HANSHAW & VILLAMANA, P.C.

22

23  By  s/Barry Kirschner
        Attorneys for Plaintiff

WATERFALL, ECONOMIDIS
5210 E WILLIAMS CIR. #800
TUCSON, AZ 85711
520-745-7810

BK/gg/4/7/10
Plt Resp to Defs Not of Agm to De Novo Standard PLD.wpd

2

Revere v. Jefferson Pilot
CV 09-00726 TUC-CKJ (JM)

**CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2010, I electronically transmitted the foregoing document to the United States District Court for the District of Arizona using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

William M. Demlong, Esq.
Aeryn A. Heidemann, Esq.
KUNZ, PLITT, HYLAND, DELONG & KLEIFIELD
3838 N. Central Ave., Ste. 1500
Phoenix, AZ 85012-1902
Attorneys for Defendants

By: s/Glades Guisinger

WATERFALL, ECONOMIDIS
5210 E WILLIAMS CIR. #800
TUCSON, AZ 85711
520-745-7810

BK/gg/4/7/10
Plt Resp to Defs Not of Agm to De Novo Standard PLD.wpd

3

Revere v. Jefferson Pilot
CV 09-00726 TUC-CKJ (JM)