# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Peter W. Revere, ) | |
|  ) | CV 09-726 TUC - CKJ (JM) |
| Plaintiff, ) | |
| v. ) | |
|  ) | **ORDER** |
| Jefferson Pilot Financial Insurance Company, ) | |
| n/k/a The Lincoln National Life Insurance ) | |
| Company; and Group Long Term Disability ) | |
| Insurance for Employees of Wilson Electric ) | |
| Services Corp. Plan, ) | |
|  ) | |
| Defendants. ) | |
| _____) | |

Pending before the Court is Plaintiff's Motion to Compel Discovery (Doc. No. 37). Pursuant to Plaintiff's counsel's request, the discovery deadlines in this matter have been vacated and will be reset after issues associated with Plaintiff's death have been resolved.

**Accordingly,**

**IT IS ORDERED** that Plaintiff's Motion to Compel Discovery (Doc. No. 37) is **denied** without prejudice and may be refiled should the Plaintiff elect to do so following the resolution of the issues described above.

DATED this 22nd day of November, 2010.

Jacqueline Marshall
United States Magistrate Judge